**Dismissed and Opinion Filed September 19, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00613-CR**

**THE STATE OF TEXAS, Appellant**
**V.**
**ANTONIO CAMPOZANO, JR., Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76263**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Miskel

Before the Court is the State's motion to dismiss this appeal. We grant the

motion and dismiss the appeal.

240613f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

/Emily Miskel/
EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-24-00613-CR     V.

ANTONIO CAMPOZANO, JR.,
Appellee

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F18-76263.
Opinion delivered by Justice Miskel.
Justices Partida-Kipness and
Goldstein participating.

Based on the Court's opinion of this date, the State's motion to dismiss this appeal is **GRANTED**, and the appeal is **DISMISSED.**

Judgment entered this 19th day of September, 2024.